UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

SILVESTRE GERMAN ANDUJAR,

        Defendant.

24-CR-66-LJV-MJR
DECISION & ORDER

---

1. On December 30, 2024, the defendant, Silvestre German Andujar, pleaded guilty to Count 4 of the indictment charging a violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) (alien smuggling for commercial advantage and private financial gains). Docket Item 52.

2. On December 30, 2024, the Honorable Michael J. Roemer, United States Magistrate Judge, filed a Report & Recommendation recommending that the defendant's plea of guilty be accepted and that the defendant be adjudged guilty. Docket Item 54.

3. This Court has not received objections to the Report & Recommendation in accordance with Title 28, United States Code, Section 636(b)(1), and Rule 59(b) of the Federal Rules of Criminal Procedure, and the time to object now has expired.

4. This Court has carefully reviewed de novo Judge Roemer's Report & Recommendation (Docket Item 54), the plea agreement (Docket Item 52), the indictment (Docket Item 8), a transcript of the plea proceeding (Docket Item 55), and the applicable law. This Court finds no legal or factual error in Judge Roemer's Report & Recommendation and therefore adopts Judge Roemer's recommendation that the

defendant's plea of guilty be accepted and that the defendant be adjudged guilty of count 4 of the indictment.

IT IS HEREBY ORDERED that this Court adopts Judge Roemer's December 30, 2024 Report & Recommendation, Docket Item 54, in its entirety, including the authorities cited and the reasons given therein, and it is further

ORDERED that the Court accepts the defendant's plea of guilty and defers acceptance of the plea agreement pursuant to Sentencing Guidelines Section 6B1.1(c), and the defendant, Silvestre German Andujar is now adjudged guilty under Title 8, United States Code, Section 1324(a)(2)(B)(ii)).

SO ORDERED.

Dated:   March 14, 2025
Buffalo, New York

_____
LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE